**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Charles C. Cooper</u>

    v.     Civil NO. 17-cv-026-LM

<u>Strafford County Department of Corrections
Superintendent Bruce Pelkie; and ICE Field
Office Director, Boston Field Office,
Enforcement and Removal Operations</u>

**REPORT AND RECOMMENDATION**

    Charles Cooper, a citizen of Liberia currently in the custody of Immigration and Customs Enforcement ("ICE"), has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1). Before the court is the federal respondent's motion to dismiss (Doc. No. 19). Cooper objects. <u>See</u> Doc. No. 20.

    For reasons stated in the federal respondent's memorandum (Doc. No. 19-1), and for reasons stated in this court's May 16, 2017 Order (Doc. No. 11), this court lacks subject matter jurisdiction over this petition. As nothing before this court indicates that the First Circuit had jurisdiction over Cooper's claims on the date he filed this action, January 20, 2017, it does not appear that a transfer to that court would be proper or in the interests of justice, under 28 U.S.C. § 1631.

Accordingly, the district judge should grant the motion to dismiss (Doc. No. 19). All other pending motions (Doc. Nos. 17, 18) should be denied as moot.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

June 30, 2017

cc: Charles C. Cooper, pro se
    Seth R. Aframe, Esq.
    Christina Parascandola, Esq.