```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Charles Cooper

    v.

                                Civil No. 17-cv-26-LM

Strafford County Department of
Corrections, Superintendent


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 30, 2017.

    SO ORDERED.

                                                      _____
                                                      Landya B. McCafferty
                                                      United States District Court

Date: August 31, 2017

cc:   Charles Cooper, pro se
      Christina Parascandola, Esq.
      Seth R. Aframe, Esq.
      Terry L. Ollila, Esq.